# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CIARA DAY,**

        **Plaintiff,**

**-vs-**                                                          **Case No. 6:03-cv-1359-Orl-KRS**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNCONTESTED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 24)**
>
> **FILED:**      **June 2, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

    The plaintiff, Ciara Day, seeks an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 4, 2005. Doc. No. 23. An award of fees and expenses is, therefore, ripe for consideration.

Day's attorney seeks $3,058.91 in attorney's fees for 20.25 hours of work. The hourly rates he seeks are $147.73 for 3.80 hours of work performed in 2003, $151.65 for 14.45 hours of work performed in 2004, and $153.10 for 2.00 hours of work performed in 2005 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. After reviewing the papers submitted by Day, I find that the fees requested are appropriate in the absence of objection.

Day also seeks reimbursement for $40.25 in expenses. The Commissioner does not oppose these expenses. I find that these expenses were reasonably incurred in the absence of objection.

It is, therefore, **ORDERED** that Day is awarded $3,058.91 in attorney's fees and $40.25 in expenses. The Clerk of Court is directed to enter a judgment consistent with this Order.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties