# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CIARA DAY,**

        **Plaintiff,**

**-vs-**                                                         **Case No.  6:03-cv-1359-Orl-28KRS**

**JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Plaintiff, *Ciara Day*, recover of the Defendant, *Commissioner of Social Security*, attorneys fees in the amount of $3,058.91 and expenses in the amount of $40.25.

Date:  June 7, 2005

                                                SHERYL L. LOESCH, CLERK

                                                s/ *M. Pleicones*, Deputy Clerk